# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANCHESTER PACIFIC GATEWAY LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br>vs.<br><br>CALIFORNIA COASTAL COMMISSION, a California state agency, et al.,<br><br>  Defendants. | CASE NO. 07cv1099 WQH (RBB)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(Doc. # 6) |

HAYES, Judge:

The matter before the Court is Defendant California Coastal Commission's Motion to Dismiss (Doc. # 6), filed July 2, 2007. On July 17, 2007, Plaintiff filed a First Amended Complaint for Declaratory Relief ("First Amended Complaint"), as was its right pursuant to the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...."); *see also Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000) ("A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15."). Once filed, an amended complaint supersedes the original complaint in its entirety. *See London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). Defendant California Coastal

1 | Commission's Motion to Dismiss, addressing the original Complaint, became moot once the
2 | First Amended Complaint was filed.  Therefore, Defendant California Coastal Commission's
3 | Motion to Dismiss (Doc. # 6) is **DENIED AS MOOT**.
4 | DATED: July 31, 2007

*William Q. Hayes* (signature)

**WILLIAM Q. HAYES**
United States District Judge