IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANCHESTER PACIFIC GATEWAY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COASTAL COMMISSION, a California state agency, et al,<br><br>Defendants. | Case No: 07CV1099 JM (RBB)<br><br>ORDER THEREON GRANTING EXTENSION OF TIME |

The Court, having considered the above stipulation and good cause appearing therefore, hereby grants the California Coastal Commission and individually named defendants an extension of time to respond to the first amended complaint on or before October 26, 2007.

IT IS SO ORDERED.

DATED: October 9, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

Case No. 07CV1099 JM (RBB)

1