UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANCHESTER PACIFIC GATEWAY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>v.<br><br>CALIFORNIA COASTAL COMMISSION, a California state agency, et al,<br><br>        Defendants. | Case No.07cv1099 JM(RBB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND AND AMEND DEADLINES<br>[Docket No. 55] |

Upon the Joint Motion of the parties and for good cause shown, the Joint Motion to Extend and Amend Deadlines (Docket No. 55) is GRANTED.

The case schedule is amended as follows:

| | |
|---|---|
| Pleading cut-off | August 22, 2008 |
| First exchange of experts | October 3, 2008 |
| Second exchange of experts | October 17, 2008 |
| Discovery cut-off | October 31, 2008 |
| Motion cut-off | November 7, 2008 |

///

///

///

1

07cv1099

The following deadlines should remain as currently scheduled:

    Rule 16.1 contentions due December 22, 2008

    Rule 16.1 meet and confer December 30, 2008

    Pre-trial conference disclosure January 2, 2009

    Pre-trial conference January 9, 2009

    Trial February 9, 2009

    IT IS SO ORDERED.

DATED: June 17, 2008

                                          Hon. Jeffrey T. Miller
                                          United States District Judge