UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANCHESTER PACIFIC GATEWAY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COASTAL COMMISSION, a California state agency, PETER M. DOUGLAS, in his capacity as the Executive Director of the California Coastal Commission, STEVE BLANK, in his capacity as a Commissioner of the California Coastal Commission, SARA WAN, in her capacity as a Commissioner of the California Coastal Commission, DR. WILLIAM A. BURKE, in his capacity as a Commissioner of the California Coastal Commission, STEVEN KRAM, in his capacity as a Commissioner of the California Coastal Commission, MARY K. SHALLENBERGER, in her capacity as a Commissioner of the California Coastal Commission, PATRICK KRUER, in his capacity as Chair Commissioner of the California Coastal Commission, BONNIE NEELY, in her capacity as a Commissioner of the California Coastal Commission, MIKE REILLY, in his capacity as a Commissioner of the California Coastal Commission, DAVE POTTER, in his capacity as a Commissioner of the California Coastal Commission, KHATCHIK ACHADJIAN, in his capacity as a Commissioner of the California Coastal Commission, LARRY CLARK, in his capacity as a Commissioner of the California | Case No. 07CV1099 JM (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS REMAINING CLAIMS, WITHOUT PREJUDICE, AND TO ENTER FINAL JUDGMENT ON ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT** |

| | |
|---|---|
| 1 2 3 4 5 6 7 8 | Coastal Commission, BEN HUESO, in his capacity as a Commissioner of the California Coastal Commission, SHERILYN SARB, in her capacity as the Deputy Director of the San Diego Coast District Office of the California Coastal Commission, DEBORAH LEE, in her capacity as the District Manager of the San Diego Coast District Office of the California Coastal Commission, and DIANA LILLY, in her capacity as a Coastal Planner for the San Diego Coast District Office for the California Coastal Commission,<br><br>                              Defendants. |

Pursuant to the Joint Motion To Voluntarily Dismiss Remaining Claims, Without Prejudice, And To Enter Final Judgment On Order Granting Motion For Partial Summary Judgment, filed in the above-captioned action, and good cause appearing therefore, Manchester's Third and Fourth Claims for Declaratory Relief pled in the First Amended Complaint filed on July 17, 2007, are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); the April 25, 2008 Order granting partial summary judgment in Manchester's favor on Manchester's First and Second Claims for Declaratory Relief is final; and the Court will enter a final judgment. The Joint Motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: August 4, 2008.

_____
U.S. DISTRICT COURT JUDGE